JAP:AEL

**12 M  613**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ARTHUR BLAIN,

            Defendant.

- - - - - - - - - - - - - - - - -X

REMOVAL TO THE SOUTHERN
DISTRICT OF FLORIDA

Fed. R. Crim. P. 5

EASTERN DISTRICT OF NEW YORK, SS:

        OLIVER GRANT, being duly sworn, deposes and says
that he is a Special Agent with the United States Secret Service
("U.S.S.S.") duly appointed according to law and acting as such.

        Upon information and belief, on December 22, 2011 an
arrest warrant was issued by the United States District Court for
the Southern District of Florida charging the defendant ARTHUR
BLAIN with conspiracy to steal government funds and theft of
government funds in violation of Title 18, United States Code,
Section 641.

        The source of your deponent's information and the
grounds for his belief are as follows:

        1.    On December 22, 2011, an indictment was returned
in the United States District Court for the Southern District of
Florida charging the defendant with conspiracy to steal
government funds and theft of government funds in violation of

Title 18, United States Code, Section 641.  A copy of the indictment is attached hereto.

2.   On that same date, an arrest warrant was issued by the United States District Court for the Southern District of Florida.  A copy of the warrant is attached hereto.

3.   On June 25, 2012, at approximately 8:41 p.m. defendant ARTHUR BLAIN arrived at John F. Kennedy International Airport in Queens, New York, aboard American Airlines Flight No. 896 from Port Au Prince, Haiti. U.S.S.S. agents had previously been advised that the defendant was a passenger on the flight. Defendant ARTHUR BLAIN was arrested at the airport.  I compared a photograph and pedigree information provided by Florida agents and determined that the defendant was the individual sought by the Southern District of Florida.  The defendant further provided a Haitian passport and a Florida Driver's License, bearing the defendant's name and photograph, as listed on the arrest warrant.

WHEREFORE your deponent respectfully requests that the defendant ARTHUR BLAIN be removed to the Southern District of

3

Florida so that he may be dealt with according to law.

OLIVER GRANT
Special Agent
U.S.S.S.

Sworn to before me this
26th day of June, 2012

/DGE
!K

FILED by
ELECTRONIC

Dec 22, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 11-20876-CR-MARTINEZ/MCALILEY

CASE NO.

18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

FRANTZ PLANTIN,
ALLAND PHILIDOR,
WILLMAN PHILIDOR,
ARTHUR BLAIN,
BELUS BRUTUS,
FRANTZ DESIR and
CARL HENRY VIELOT, II,

        Defendants.

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

1.    From on or about January 6, 2010, through in or around December 2011, the

exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of

Florida, and elsewhere, the defendants,

FRANTZ PLANTIN,
ALLAND PHILIDOR,
WILLMAN PHILIDOR,
ARTHUR BLAIN,
BELUS BRUTUS,
FRANTZ DESIR
and
CARL HENRY VIELOT, II,

did knowingly and willfully, combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly embezzle, steal, purloin, and convert to their own use, money of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000.00, that is, United States Department of Treasury tax refunds to which they were not entitled, in violation of Title 18, United States Code, Section 641.

## PURPOSE AND OBJECT OF THE CONSPIRACY

2.      It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by submitting false and fraudulent tax returns and diverting fraudulent tax refunds received from the United States Department of Treasury.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose and object of this conspiracy included, among other things, the following:

3.      The defendants registered business entities, and caused business entities to be registered, with the Florida Department of State, Division of Corporations.

4.      The defendants established bank accounts in the names of the newly formed business entities.

5.      The defendants falsely and fraudulently caused tax refunds from the United States Department of Treasury to be deposited into the bank accounts they established in the names of the newly formed business entities.

6.      The defendants falsely and fraudulently converted the funds received from the Department of Treasury for their personal use and benefit, and to further the fraud scheme.

2

## OVERT ACTS

In furtherance of the conspiracy, at least one of the defendants and their co-conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

7.    On or about January 6, 2010, **CARL HENRY VIELOT, II** registered fictitious business name "North Miami Boyz Production" with the Florida Department of State, Division of Corporations.

8.    On or about January 13, 2010, **CARL HENRY VIELOT, II** opened bank account number XXXXX7116 at a JP Morgan Chase Bank, N.A. located in Miami-Dade County, in the name of "Carl Henry Vielot II DBA North Miami Boyz Production."

9.    On or about April 29, 2010, **FRANTZ PLANTIN** signed a business signature card for bank account number XXXXX7116 at JP Morgan Chase Bank, N.A.

10.    On or about April 29, 2010, **ALLAND PHILIDOR** signed a business signature card for bank account number XXXXX7116 at JP Morgan Chase Bank, N.A.

11.    On or about August 16, 2010, **WILLMAN PHILIDOR** opened bank account number XXXXXX0056 at Citibank, N.A. in the name of "Willman Philidor DBA: WP Tax & Finance Service."

12.    On or about May 5, 2010, **ARTHUR BLAIN** opened bank account number XXXXXX5868 at TD Bank, N.A. in the name of "Vice Productions."

13.    On or about July 20, 2010, **FRANTZ DESIR** opened bank account number XXXXXX9711 at TD Bank, N.A. in the name of "J D Financial Tax Multi Services."

14.    On or about August 24, 2010, **BELUS BRUTUS** opened bank account number XXXXXX0250 at CitiBank, N.A. in the name of "Belus Brutus DBA: B & B Tax and Multiservice."

3

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-11

On or about the dates enumerated as to each count listed below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants listed in each count did knowingly embezzle, steal, purloin, and convert to their own use, money of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000.00, that is, Department of Treasury tax refunds to which they were not entitled, as specified below:

|  |  |  |  |
|---|---|---|---|
| 2 | CARL HENRY VIELOT, II, ALLAND PHILIDOR and FRANTZ PLANTIN | June 1, 2010 | $1,435.00 |
| 3 | CARL HENRY VIELOT, II, ALLAND PHILIDOR and FRANTZ PLANTIN | June 1, 2010 | $1,174.00 |
| 4 | WILLMAN PHILIDOR | August 27, 2010 | $1,473.00 |
| 5 | WILLMAN PHILIDOR | August 27, 2010 | $1,473.00 |
| 6 | ARTHUR BLAIN | May 28, 2010 | $1,273.00 |
| 7 | ARTHUR BLAIN | May 28, 2010 | $1,339.00 |
| 8 | FRANTZ DESIR | August 6, 2010 | $1,479.00 |
| 9 | FRANTZ DESIR | August 6, 2010 | $1,497.00 |
| 10 | BELUS BRUTUS | October 1, 2010 | $1,475.00 |
| 11 | BELUS BRUTUS | October 8, 2010 | $1,447.00 |

In violation of Title 18, United States Code, Sections 641 and 2.

4

## FORFEITURE ALLEGATION

1.     The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest, pursuant to the provisions of Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

2.     Upon conviction of any of the offenses alleged in Counts 1 through 11 of the Indictment, defendants, **FRANTZ PLANTIN, ALLAND PHILIDOR, WILLMAN PHILIDOR, ARTHUR BLAIN, BELUS BRUTUS, FRANTZ DESIR,** and **CARL HENRY VIELOT, II,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), all property, real or personal, which constitutes, or is derived from, proceeds traceable to the offense, or a conspiracy to commit such offense.

3.     The property subject to forfeiture includes, but is not limited to, the following:

(a)     The sum of $14,065.00, which sum represents proceeds derived from the Title 18, United States Code, Section 641 violations alleged in this indictment;

(b)     All funds in account number XXXXXX8574 at TD Bank, N.A. titled in the name of "North Miami Boyz Production;"

(c)     $245,922.20 in United States currency seized from JP Morgan Chase Bank account number XXXX7116 in the name of "Carl Henry Vielot II DBA North Miami Boyz Production," on or about January 31, 2011;

(d)     $31,090.12 in United States currency seized from Wachovia Bank account number XXXXXXXXX9711 in the name of "North Miami Boyz Production," on or about February 16, 2011;

(e)     $14,028.31 in United States currency seized from Wachovia Bank account number XXXXXXXXX2305 in the name of K.J., on or about February 16, 2011; and

5

(f)     $128.12 in United States currency seized from Wachovia Bank account number XXXXXXXXX4237 in the name of **FRANTZ PLANTIN** and K.J., on or about February 16, 2011.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States

Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON _____

WIFREDO A. FERRER
UNITED STATES ATTORNEY

KAREN O. STEWART
ASSISTANT UNITED STATES ATTORNEY

6

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

United States of America )
v. )
FRANTZ PLANTIN, et al., )
)
*Defendants.* )

Case No. **11-20876**
**CR-MARTINEZ**(McALILEY)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ARTHUR BLAIN

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Theft of government funds in violation of Title 18, United States Code, Section 641; and conspiracy to steal government funds in violation of Title 18, United States Code, Section 371.

Date: 12/22/11

City and state:     Miami, Florida

*Issuing officer's signature*

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ | and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ | |
| Date: _____ | *Arresting officer's signature* |
| | *Printed name and title* |